1  SCHEER LAW GROUP, LLP
   SPENCER P. SCHEER #107750
2  JOSHUA L. SCHEER #242722
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   155 N. Redwood Drive, Suite 100
4  San Rafael, CA  94903
   Telephone:  (415) 491-8900
5  Facsimile:  (415) 491-8910
   BSI.100-147S
6
   Attorneys for Secured Creditor
7  CAM MORTGAGE TRUST 2013-1, its successors and/or assignees

## UNITED STATES BANKRUPTCY COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| In re: | Bk. No. 10-41639-RLE |
|---|---|
| STEVEN SARAP and ANDREA SARAP, | Chapter 13 |
| Debtors. | REQUEST FOR SPECIAL NOTICE |

Attorneys for CAM MORTGAGE TRUST 2013-1, its successors and/or assignees requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

        CAM MORTGAGE TRUST 2013-1, its successors and/or assignees
        c/o SCHEER LAW GROUP, LLP
        155 N. Redwood Drive, Suite 100
        San Rafael, California 94903

        SCHEER LAW GROUP, LLP

DATED: August 2, 2013        /s/ Reilly D. Wilkinson
        #250086

1